UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PHENIX TACKES, a minor by Christopher L. Strohbehn, her Guardian Ad Litem, CHRISTINE BICKHAM, and PAUL TACKES<br><br>    Plaintiffs,<br><br>And<br><br>UNITED HEALTHCARE OF WISCONSIN, INC.,<br><br>    Subrogated Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., and ABC INSURANCE COMPANY<br><br>    Defendants. | Case No. 2:23-CV-00792-PP |

**PLAINTIFFS'** ***UNOPPOSED*** **MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD HAIWEI TECHNOLOGY (SHENZHEN) CO., LTD. AS A DEFENDANT**

Come now the Plaintiffs and move this Court pursuant to Rule 15 of the Federal Rules of Civil Procedure to enter an Order granting them leave to amend their Complaint to add Haiwei Technology (Shenzhen) Co., Ltd. as a defendant. For support, Plaintiffs state as follows:

Plaintiff Phenix Tackes, a minor, and his parents, Plaintiffs Christine Bickham and Paul Tackes, sued Defendant Amazon.com, Inc. (Amazon) under the doctrines of strict product liability and negligence related to injuries Plaintiff Phenix Tackes sustained after ingesting a button battery that was not secured in a

child's product sold by Amazon.  Upon information and belief, Haiwei Technology (Shenzen) Co. Ltd. manufactured, designed, assembled and sold the subject product through Amazon.  As such, Plaintiffs seeksto add this entity as a defendant in this case and seek recovery under the doctrines of negligent and strict liability for the damages the Plaintiffs sustained.

Plaintiffs' counsel has conferred with counsel for Defendant Amazon and he has no objection to this Motion.

WHEREFORE, Plaintiffs move this Court to enter an Order granting Plaintiffs leave to amend their Complaint to add Haiwei Technology (Shenzhen) Co., Ltd. as a defendant.

Respectfully submitted,

*s/ Michael E. Carr*
Michael E. Carr State Bar #1136010
Attorney for Plaintiff
Carr & Carr Attorneys
4416 S. Harvard Avenue
Tulsa OK 74135
Telephone: (918) 747-1000
Fax: (918) 747-7284
Email: mcarr@carrcarr.com

Christopher L. Strohbehn State Bar #1041495
Attorney for Plaintiff
Mallery, S.C.
731 North Jackson Street Suite 900
Milwaukee WI 53202
Telephone: (414) 491-1719
Fax: (414) 727-6291
Email: cstrohbehn@grgblaw.com

2

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the foregoing was served on the following via CM/ECF on this 4th day of January 2024:

Von Briesen & Roper, S.C.
Michael J. Wirth
411 E. Wisconsin Ave Suite 1000
Milwaukee WI 53202
Michael.Wirth@vonbriesen.com

Von Briesen & Roper, S.C.
Nicholas M. Lubenow
300 N. Broadway Suite 2B
Green Bay WI 54303
Nicholas.Lubenow@vonbriesen.com
**Attorneys for Defendant
Amazon.com, Inc.**

                                                    _s/_ Michael E. Carr
                                                    Michael E. Carr

3

Case 2:23-cv-00792-PP    Filed 01/05/24    Page 3 of 3    Document 27