UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHENIX TACKES, *a minor*
*by her guardian ad litem Christopher L. Strohbehn*,
CHRISTINE BICKHAM and PAUL TACKES,

        Plaintiffs,

                                                      Case No. 23-cv-792-pp
   v.

UNITEDHEALTHCARE OF WISCONSIN, INC.,

        Involuntary Plaintiff,

   v.

AMAZON.COM, INC.
SHENZHEN HAIWEITE TECHNOLOGY CO., LTD.,
HAIWEI TECHNOLOGY (SHENZHEN) CO., LTD.,
shenzhenhaiweitekejiyouxiangongsi, JK. FEN
and ABC INSURANCE COMPANY

        Defendants.

**ORDER GRANTING MOTION TO RESTRICT (DKT. NO. 80) AND APPROVING JOINT PETITION FOR MINOR SETTLEMENT (DKT. NO. 81)**

      The parties filed a joint petition for minor settlement under Wis. Stat. §807.10, dkt. no. 81, and a motion to restrict that document, dkt. no. 80. The court **GRANTS** the motion to restrict and **ORDERS** that the stipulation at Dkt. No. 81 remain **RESTRICTED** to the court and case participants. The court **APPROVES** the joint petition for minor settlement and **ORDERS**

      (1) That the settlement distribution as set forth in the joint petition is

           approved;

1

(2) That Attorney Christopher Strohbehn, as Guardian *ad Litem*, for Phenix Tackes, is authorized to accept the settlement and to execute such documents as may be necessary to effectuate and implement the settlement set forth in the joint petition;

(3) That the attorneys' fees and costs set forth in the joint petition are approved;

(4) That payment to satisfy the liens to the involuntary plaintiff, United Healthcare of Wisconsin, Inc., as set forth in the joint petition is approved;

(5) That the sum payable to USAA Annuity Services Corporation to fund the periodic payments as set forth in the joint petition is approved; and

(6) That the obligation of any defendants or insurers to make periodic payments described in the joint petition shall be assigned through a qualified assignment within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, to USAA Annuity Services Corporation and funded by an annuity contract issued by USAA Life Insurance Company.

Dated in Milwaukee, Wisconsin this 21st day of March, 2025.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**