# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PHENIX TACKES, a minor by Christopher L. Strohbehn, her Guardian Ad Litem, CHRISTINE BICKHAM, and PAUL TACKES | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| and | ) |
| UNITED HEALTHCARE OF WISCONSIN, INC., | )<br>) |
| Subrogated Plaintiff, | ) Case No. 2:23-CV-00792-PP |
| vs. | ) |
| AMAZON.COM, INC., and SHENZHEN HAIWEITE TECHNOLOGY CO., LTD., HAIWEI TECHNOLOGY (SHENZHEN) CO., LTD., shenzhenhaiweitekejiyouxiangongsi, JK.FEN, and ABC INSURANCE COMPANY, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys, that the above-entitled action, including any and all claims and causes of action between the parties that have been asserted or could have been asserted herein, shall be dismissed with prejudice, upon the merits, and without costs to any of the parties.

Dated this 30th day of June, 2025.

*Electronically signed Christopher Strohbehn*
Christopher Strohbehn
Mallery, S.C.
731 N. Jackson St. Ste. 900
Milwaukee, WI 53202
cstrohbehn@mallerysc.com
**Guardian *ad litem* of Phenix Tackes**

Dated this 30th day of June, 2025.

*Electronically signed Michael E. Carr*
Michael E. Carr
State Bar No. 1136010
Carr & Carr
4416 South Harvard Ave.
Tulsa, OK 74135
Phone: 918-747-1000
Fax: 918-747-7284
mcarr@carrcarr.com
**Attorney for Plaintiffs**

Dated this 30th day of June, 2025.

*Electronically signed Colin J. Casper*
Colin J. Casper
State Bar No. 1084706
ccasper@kasdorf.com
Robert J. Lauer
State Bar No. 1000046
rlauer@kasdorf.com
Kasdorf, Lewis & Swietlik
One Park Plaza – 5th Floor
11270 West Park Place
Milwaukee, WI 53224
Phone: (414) 577-4000
FAX: (414) 577-4400
**Attorney for Defendant Amazon.com, Inc.**

Dated this 2nd day of July, 2025.

*Electronically signed Dandan Pan*
Dandan Pan, State Bar No. 5612312
Tianyu Ju, State Bar No. 323817
Glacier Law LLP
41 Madison Avenue Suite 2529
New York, NY 10010
Pasadena, California 91101
Phone: 312-448-7772
dandan.pan@glacier.law
**Attorney for Defendants Shenzhen Haiweite Technology Co. Ltd.,
Haiwei Technology (Shenzhen) Co. Ltd., JK.Fen,
and shenzhenhaiweitekejiyouxiangongsi**


Dated this 7th day of July, 2025.

*Electronically signed Matthew S. Mayer*
Matthew Mayer
State Bar No.: 1001237
mmayer@weldriley.com
Weld Riley, S.C.
500 Third Street, Suite 800
PO Box 479
Wausau, WI 54402-0479
**Attorney for Subrogated Plaintiff, United Healthcare of Wisconsin, Inc.**

    Respectfully submitted,

    /S Colin J. Casper
    Colin J. Casper, State Bar No. 1084706
    Kasdorf, Lewis & Swietlik, S.C.
    11270 West Park Place. Suite 500
    Milwaukee, WI 53224
    Telephone: (414) 577-4031
    Fax: (414) 577-4400-7284
    Email: ccasper@kasdorf.com
    Attorney for Defendant Amazon.com, Inc.