UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PHENIX TACKES, *a minor*
*by her guardian ad litem Christopher L. Strohbehn*,
CHRISTINE BICKHAM and PAUL TACKES,

        Plaintiffs,

                                      Case No. 23-cv-792-pp

v.

UNITEDHEALTHCARE OF WISCONSIN, INC.,

        Involuntary Plaintiff

v.

AMAZON.COM, INC.,
SHENZHEN HAIWEITE TECHNOLOGY CO. LTD.,
HAIWEI TECHNOLOGY, JK.FEN,
SHENZENHAIWEITEKEJIYOUXIANGONGSI
and ABC INSURANCE COMPANY,

        Defendants.

---

## ORDER DISMISSING CASE

---

The parties filed a Stipulation for Dismissal. Dkt. No. 84. The court **APPROVES** the stipulation and orders that this case, including all claims and causes of action that have been or could have been asserted, are **DISMISSED WITH PREJUDICE**, on the merits, without costs to any party

Dated in Milwaukee, Wisconsin this 9th day of July, 2025.

                                      **BY THE COURT:**

                                      _____
                                      **HON. PAMELA PEPPER**
                                      **Chief United States District Judge**